STATE of Missouri, Respondent,

v.

Rickey Joe WOOLSEY, Appellant.

No. WD 34424.

Missouri Court of Appeals,
Western District.

Jan. 10, 1984.

James C. Gregory, Montgomery City, for appellant.

Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of capital murder. Section 565.001, RSMo 1978.

Judgment affirmed. Rule 30.25(b).